```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
                                       :
IN RE: NINE WEST LBO SECURITIES        :
LITIGATION                             :
                                       :    20 MD. 2941 (JSR)
Pertains to All Associated Actions     :
                                       :         ORDER
                                       :
---------------------------------------x
```

JED S. RAKOFF, O.S.D.J.

Pending before the Court are defendants' motions to dismiss plaintiffs' remaining claims. Pursuant to the scheduling order, Dkt. No. 20, the Court will decide those motions no later than November 4, 2020. Document discovery must be completed that same day. Id.

In a conference call with the Court earlier today, convened pursuant to the Court's individual rules, plaintiffs sought to compel third-party Tapestry, Inc. ("Tapestry") to comply with a Rule 45 subpoena for the production of documents served by plaintiffs. During that conference, counsel for Tapestry represented to the Court that, assuming the pending motions to dismiss do not moot the subpoena, Tapestry would produce all outstanding documents by November 5, 2020. On the basis of that representation, the Court will grant Tapestry until November 5, 2020 to comply with the subpoena. If, in plaintiffs' view, on November 5, 2020, Tapestry's production is incomplete,

1

plaintiffs' counsel may jointly call Chambers with Tapestry's counsel to renew their motion to compel.

    SO ORDERED.

Dated: New York, NY
      October 28, 2020

                                        JED S. RAKOFF, U.S.D.J.