UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
: 20-MD-2941 (JSR)
IN RE: NINE WEST LBO SECURITIES :
LITIGATION : **[PROPOSED] ORDER CLARIFYING**
: **SCHEDULING ORDER**
:
Pertains to All Associated Actions :
:
:
———————————————————————— x

**WHEREAS**, during a conference with the Court on November 13, 2020 liaison counsel for the shareholder defendants requested that the Court clarify that the provision in its November 10, 2020 Scheduling Order (Dkt. No. 385), and a related docket entry of the same date, providing that each defendant shall answer the operative complaint in such defendant's action no later than December 1, 2020 did not apply to defendants entirely dismissed from these actions by this Court's orders dated August 27, 2020 (Dkt. No. 317) and November 3, 2020 (Dkt. No. 381);

**IT IS HEREBY ORDERED** that any defendant for which all claims against such defendant have been dismissed in these actions need not file an answer to the operative complaint in such defendant's action.

SO ORDERED.

Dated: New York, NY
       11/18, 2020

_____
JED S. RAKOFF, U.S.D.J.