UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
IN RE: NINE WEST LBO SECURITIES      :
LITIGATION                           :
                                     :
Pertains to All Associated Actions   :      20-MD-2941 (JSR)
                                     :
                                     :      ORDER
                                     :
----------------------------------x

JED S. RAKOFF, U.S.D.J.

    To aid the Court during the Final Pre-Trial Conference scheduled
for July 23, 2021 at 2:00 PM, the Parties are hereby directed to
file with the Court, no later than July 20, 2021, a concise, joint
statement setting forth all the remaining claims for each remaining
defendant.


    SO ORDERED

Dated:    New York, NY
          July 14, 2021                     JED S. RAKOFF, U.S.D.J.